**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGELA HUNDLEY-FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO.   10 C 4713 |
| ) | |
| VILLAGE OF EVERGREEN PARK, and ) | |
| EVERGREEN PARK POLICE OFFICER ) | |
| ROBERT WAGERS, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## COMPLAINT

NOW COMES the Plaintiff, ANGELA HUNDLEY-FIELDS, by and through her attorney, BASILEIOS J. FOUTRIS, and complaining against the Defendants, VILLAGE OF EVERGREEN PARK and EVERGREEN PARK POLICE OFFICER ROBERT WAGERS, and states as follows:

**Nature of Action**

1. This action is brought pursuant to the Laws of the United States Constitution, specifically through 42 U.S.C. §1983 and 42 U.S.C. §1988, and the Laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff by the Defendants when the Plaintiff was arrested on August 6, 2009 by Defendant Wagers.

**Jurisdiction and Venue**

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367.

3. At all relevant times, the Plaintiff was a resident of the State of Illinois in this Judicial District.

4. The VILLAGE OF EVERGREEN PARK is a municipal corporation located in the State of Illinois in this Judicial District. At all relevant times, the VILLAGE OF EVERGREEN PARK was the employer of Defendant, EVERGREEN PARK POLICE OFFICER ROBERT WAGERS. The Defendant, EVERGREEN PARK POLICE OFFICER ROBERT WAGERS, was at all relevant times employed by the VILLAGE OF EVERGREEN PARK as a duly appointed police officer in the VILLAGE OF EVERGREEN PARK acting within the course and scope of his employment and under color of law.

5. All the events giving rise to the claims asserted herein occurred within this Judicial District.

**Facts**

6. On August 6, 2009, the Plaintiff was arrested in Evergreen Park, Illinois by Defendant Wagers.

7. The Plaintiff posed no threat of danger to Defendant Wagers at any time before, during, or after her arrest. The Plaintiff did not resist or obstruct Defendant Wagers' acts at any time before, during, or after her arrest.

8. At the time of her arrest, without justification or provocation, the Plaintiff was Tasered by Defendant Wagers. The Plaintiff was complying with all lawful orders when she was Tasered by Defendant Wagers.

9. The Plaintiff suffered injuries and bodily harm due to the manner in which she was treated by Defendant Wagers at the time of her arrest.

10. Immediately before she was Tasered by Defendant Wagers, the Plaintiff was not violating any laws, rules or ordinances. As the Plaintiff was Tasered, she was

not violating any laws, rules or ordinances. There was no probable cause or legal justification to Taser the Plaintiff.

11. The Plaintiff was Tasered by Defendant Wagers without provocation and without legal justification.

12. Defendant Wager's acts were intentional, willful and wanton.

## COUNT I - 42 U.S.C. §1983
### Excessive Force - Defendant Wagers

13. The Plaintiff realleges Paragraphs 1 through 12, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 13.

14. As described above, Defendant Wagers used excessive force during the arrest of the Plaintiff.

15. The misconduct was undertaken by the Defendant Wagers under color of law, under the course and scope of his employment, was objectively unreasonable, with malice, and was undertaken intentionally with willful indifference to the Plaintiff's constitutional rights.

16. Defendant Wager's acts were undertaken in violation of the Plaintiff's rights as guaranteed by the United States Constitution.

17. As a direct and proximate result of Defendant Wager's acts, the Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, ANGELA HUNDLEY-FIELDS, prays for judgment in her favor and against the Defendant, EVERGREEN PARK POLICE OFFICER ROBERT WAGERS, awarding compensatory damages, punitive damages, attorney fees,

and costs against the Defendant, as well as any other relief this Court deems just and appropriate.

### Count II - Illinois State Law
### Battery - All Defendants

18.    The Plaintiff realleges Paragraphs 1 through 17, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 18.

19.    As described above, Defendant Wagers, employee of the VILLAGE OF EVERGREEN PARK, intended to cause, and did cause, harmful and offensive contact of the Plaintiff during the arrest of the Plaintiff.

20.    The misconduct was undertaken by Defendant Wagers under color of law, under the course and scope of his employment as a VILLAGE OF EVERGREEN PARK officer, was objectively unreasonable, with malice, and was undertaken intentionally and was willful and wanton.

21.    As a direct and proximate result of the acts of Defendant Wagers, employee of the VILLAGE OF EVERGREEN PARK, Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, ANGELA HUNDLEY-FIELDS, prays for judgment in her favor and against the Defendants, VILLAGE OF EVERGREEN PARK and EVERGREEN PARK POLICE OFFICER ROBERT WAGERS, awarding compensatory damages and costs against the Defendants, as well as any other relief this Court deems just and appropriate.

### Count III - Illinois State Law
### Indemnification - Village of Evergreen Park

22. The Plaintiff realleges Paragraphs 1 through 21, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 22.

23. At all relevant times Defendant Wagers was acting under color of law and under the course and scope of his employment.

24. At all relevant times the VILLAGE OF EVERGREEN PARK was the employer of Defendant Wagers.

WHEREFORE, the Plaintiff, ANGELA HUNDLEY-FIELDS, pursuant to 745 ILCS 10/9-102, demands judgment against Defendant, VILLAGE OF EVERGREEN PARK, in the amounts awarded to the Plaintiff against the individual Defendant, and for whatever additional relief this Court deems just and appropriate.

### JURY DEMAND

The Plaintiff demands a trial by jury on all Counts.

                         Respectfully Submitted by,

                         s/Basileios J. Foutris
                         BASILEIOS J. FOUTRIS
                         Attorney for Plaintiff
                         FOUTRIS LAW OFFICE, LTD.
                         53 W. Jackson, Suite 252
                         Chicago, IL 60604
                         312-212-1200
                         bfoutris@foutrislaw.com

Basileios J. Foutris
FOUTRIS LAW OFFICE, LTD.
Attorney for Plaintiff ANGELA HUNDLEY-FIELDS
53 West Jackson, Suite 252
Chicago, IL 60604
(312) 212-1200
bfoutris@foutrislaw.com